No. 94–655. INSURANCE COMPANY OF PENNSYLVANIA ET AL. v. EMPIRE FIRE & MARINE INSURANCE CO. ET AL. Dist. Ct. App. Fla., 3d Dist. Certiorari denied. JUSTICE BREYER took no

part in the consideration or decision of this petition.